# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| VAHE GERAGOSIAN and ANI GERAGOSIAN,<br><br>          Plaintiffs,<br><br>  v.<br><br>REX TILLERSON, et al.,<br><br>          Defendants. | C17-1695 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion, docket no. 7, is GRANTED as follows. The deadline for defendants to file a responsive pleading or motion is EXTENDED to February 9, 2018, and the deadline for the parties to submit a Joint Status Report is EXTENDED to February 21, 2018.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 9th day of January, 2018.

                                                  William M. McCool
                                                  Clerk

                                                  s/Karen Dews
                                                  Deputy Clerk

MINUTE ORDER - 1